IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-41419-BTR** |
| | § | |
| **BLACKRIDGE OPERATING LLC,** | § | **Chapter 11, Subpart V** |
| | § | |
| **DEBTOR** | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## <u>SERVICE OF NOTICES, PLEADINGS AND ORDERS</u>

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for *TBK BANK, SSB* and *TRIUMPH FINANCIAL SERVICES, LLC* (collectively, "<u>TBK</u>"), creditors herein, and pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002, 9007 and 9010 hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon *TBK* by and through:

Michael S. Held
J. Machir Stull
Jackson Walker L.L.P.
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Telephone:  (214) 953-5859
Facsimile:  (214) 661-6859
mheld@jw.com
mstull@jw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, electronically or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices, Pleadings and Orders shall not be deemed or construed as *TBK's*: (a) waiver of the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding so eligible in this case or in any case, controversy, or proceeding related to this case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) waiver of any other rights or claims, actions, defenses, setoffs or recoupments which *TBK* has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments *TBK* expressly reserves.  This Notice of Appearance and Request for Service of Notices, Pleadings and Orders is not, and shall not be construed to be, a consent by *TBK* pursuant to 28 U.S.C. § 157(c)(2).

**DATED:**  June 19, 2024.

Respectfully submitted,

By:  */s/ Michael S. Held*
          Michael S. Held
          State Bar No. 09388150
          J. Machir Stull
          State Bar No. 24070697

JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 661-6859 – Fax
mheld@jw.com
mstull@jw.com

**COUNSEL FOR TBK BANK, SSB and
TRIUMPH FINANCIAL SERVICES, LLC**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 19th day of June, 2024, a true and correct copy of the foregoing was served electronically upon all parties receiving notice via the Court's ECF/PACER system.

*/s/ Michael S. Held*
Michael S. Held